IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JACQUE ARMSTRONG,

                    Plaintiff,                         **4:15CV3085**

        vs.
                                                **SCHEDULING ORDER**
HY-VEE, INC.,  HY-VEE FOOD
STORES, INC.,

                    Defendants.


IT IS ORDERED:

1)      Counsel for the parties shall confer and, on or before **September 16, 2015**, they shall jointly file a Form 35 (Rule 26 (f)) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms in Word and WordPerfect format.

2)      If one or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report, or if the parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report, on or before **September 9, 2015**, a party shall contact my chambers at (402) 437-1670, or by email addressed to zwart@ned.uscourts.gov, to arrange a conference call.


Dated this 17th day of August, 2015

                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge