IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JACQUE ARMSTRONG,

                    Plaintiff,                                    4:15CV3085

          vs.

HY-VEE, INC., AND  HY-VEE FOOD                    **AMENDED PROGRESSION ORDER**
STORES, INC.,

                    Defendants.

Parties have filed a joint motion to extend certain progression deadlines.  (Filing No. 30).

Accordingly,

IT IS ORDERED that the amended progression order is as follows:

1)     The jury trial of this case is set to commence before John M. Gerrard, United
       States District Judge, in Courtroom 1, United States Courthouse, Lincoln,
       Nebraska, at 9:00 a.m. on January 2, 2017, or as soon thereafter as the case may
       be called, for a duration of three (3) trial days.  This case is subject to the prior
       trial of criminal cases and such other civil cases as may be scheduled for trial
       before this one.   Jury selection will be held at the commencement of trial.

2)     The Pretrial Conference is scheduled to be held before the undersigned magistrate
       judge on December 20, 2016 at **11:00 a.m.**, and will be conducted by WebEx
       conferencing.  A separate order will be filed with instructions and codes for
       participating in the pretrial conference by WebEx.  The parties' proposed Pretrial
       Conference    Order    and    Exhibit    List(s)    must    be    emailed    to
       zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on
       December 16, 2016.

3)     The deadline for completing written discovery under Rules 33 through 36 of the
       Federal Rules of Civil Procedure is October 31, 2016.  Motions to compel Rule 33
       through 36 discovery must be filed by October 17, 2016  **Note:**  Motions to
       compel shall not be filed without first contacting the chambers of the undersigned
       magistrate judge to set a conference for discussing the parties' dispute.

4)     The deposition deadline is October 31, 2016.

5)   The deadline for filing motions to dismiss and motions for summary judgment is September 13, 2016.

6)   Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

7)   The parties shall comply with all other stipulations and agreements recited in the Final Progression Order that are not inconsistent with this order.

June 15, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge