IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACQUE ARMSTRONG,<br><br>        Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>        Defendant. | 4:15CV3085<br><br>**ORDER** |

Parties have filed a joint motion to extend certain deadlines in this case. ([Filing No. 39](#)).

IT IS ORDERED that the progression order is amended as follows:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on March 20, 2017, or as soon thereafter as the case may be called, for a duration of three (3) trial day. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on March 7, 2017 at **11:00 a.m.**, and will be conducted by WebEx conferencing. Instructions and codes for participating in the pretrial conference by WebEx can be found at filing no. 10. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on March 3, 2017.

3) The deadline for filing motions to dismiss and motions for summary judgment is October 31, 2016.

4) Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

5)   The parties shall comply with all other deadlines that are not inconsistent with this order.

Dated this 29th day of September, 2016

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge