IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACQUE ARMSTRONG,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>　　　　　　Defendant. | 4:15-CV-3085<br><br>ORDER |

　　　Pending before the Court is the defendant's motion for summary judgment (filing 51). Because it is the present intention of the Court to grant the defendant's motion, the pretrial conference and trial of this matter shall be continued until further order of the Court.

　　　Dated this 3rd day of March, 2017.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　United States District Judge